# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2019 ND 235

In the Interest of G.D-M., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| G.D-M., Child; C.D., Mother; | |
| Barb Oliger, Guardian ad Litem; | |
| Executive Director ND DHS, | Respondents |
| and | |
| R.M-Z., Father, | Respondent and Appellant |

## No. 20190232

and

In the Interest of A.D-M., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| A.D-M., Child; C.D., Mother; | |
| Barb Oliger, Guardian ad Litem; | |
| Executive Director ND DHS, | Respondents |
| and | |
| R.M-Z., Father, | Respondent and Appellant |

## No. 20190233

1

Appeal from the Juvenile Court of Burleigh County, South Central Judicial District, the Honorable Lindsey Renee Nieuwsma, Judicial Referee.

AFFIRMED.

Per Curiam.

Benjamin Pulkrabek, Mandan, ND, for respondent and appellant; submitted on brief.

Tessa Vaagen and Mary Melech, Assistant State's Attorneys, Bismarck, ND, for petitioner and appellee; submitted on brief.

**Interest of G.D-M. and A.D-M.**
**Nos. 20190232 and 20190233**

**Per Curiam.**

[¶1] R.M-Z., the father of G.D-M. and A.D-M., appeals from orders terminating his parental rights to the children. R.M-Z. argues he received ineffective assistance of counsel from his trial attorney and the evidence was insufficient to establish he did not want to attend the trial. Because the face of the record does not establish that his counsel was ineffective under the guidelines set forth in *Interest of K.L.*, 2008 ND 131, ¶ 31, 751 N.W.2d 677, and the evidence is sufficient to support the judicial referee's decisions, we summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7).

[¶2]  Gerald W. VandeWalle, C.J.
        Daniel J. Crothers
        Jerod E. Tufte
        Jon J. Jensen
        Lisa Fair McEvers